**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,            Criminal No. 02-140  (JRT/FLN)

          Plaintiff,

v.                                 **ORDER**

ABDULLAH MUHAMMAD ALIM,

          Defendant.

---

Chris Wolfe, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Reynaldo Aligada, Jr., Assistant Federal Public Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The Court held a revocation hearing on May 6, 2009.  At the hearing in this matter, the defendant admitted to violating a standard condition of his supervised release, and the Court so found.

Based on the petition and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's conditions of supervision are modified to include the following special conditions:

1- The defendant shall reside for a period of 120 days in a residential re-entry center or chemical dependency halfway house as approved by the probation officer and shall observe the rules of that facility.

2- Upon completion of the stay at the halfway house, the defendant may participate for a period of 90 days in a home detention program, which may include electronic monitoring (GPS).

All previously imposed conditions of supervision shall remain in effect and the term of Supervised Release will continue until the original termination date.


DATED: May 6, 2009                                    s/John R. Tunheim
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                            United States District Judge